ANNA B. VAN DUSEN, as Administratrix of the Estate of JOHN W. VAN DUSEN, Deceased, Respondent, *v.* THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Van Dusen* v. *Northwestern Mut. L. Ins. Co.*, 165 App. Div. 946, affirmed.

(Argued October 16, 1916; decided October 31, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. The plaintiff's intestate was walking out of the entrance to the place of business where he was employed in a building owned by defendant when he was struck by an anvil thrown from a platform connected with a stairway on the exterior of the building. The anvil was thrown down by some employees of an organization which had rented a hall in the building who were removing the anvils under the alleged direction and

supervision of the defendant's agent and servant in charge of the building.

*F. W. Thompson* and *C. V. Byrne* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ.